DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____


CARRINGTON YUSEF MILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.


No. 2D2025-0420

_____


February 11, 2026

Appeal from the County Court for Pasco County; Anne Wansboro,
Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant
Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.